1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUNA NOOR,

Plaintiff (s),

v.

AMERICAN FAMILY MUTUAL
INSURANCE COMPANY,

Defendant (s).

CASE NO.
2:20–cv–00914–BAT

**NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM**

13   The matter is assigned to United States Magistrate Judge Brian A. Tsuchida for

14   all purposes, including trial, final entry of judgment, and direct review by the Ninth

15   Circuit Court of Appeals. *See* Second Amended General Order 02–19.

16   Consent to a Magistrate Judge is voluntary. A party may decline consent by

17   signing and emailing this form to andy_quach@wawd.uscourts.gov, or faxing

18   it to 206–370–8425, or mailing it to U.S. District Court, 700 Stewart Street, Suite

19   2300, Seattle, WA 98101. The form must be received by the court no later than

20   **June 22, 2020**. Please do not file the form. Each party will be deemed to have

21   knowingly and voluntarily consented to proceed before Magistrate Judge Tsuchida if

22   this form is not returned by June 22, 2020. The identity of the parties consenting or

23   declining consent will not be communicated to any judge.

24   //

25   //

26   //

NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM – 1

1

☒ **I decline consent and request the case be assigned to a District Judge**

2    _Claudett Miller_                 _Defendant_                    _6/19/2020_

3    **Attorney/Party's Signature**   **Party Represented**         **Date Signed**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM − 2