THE HONORABLE RICHARD A. JONES
THE HONORABLE BRIAN A. TSUCHIDA

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUNA NOOR, on behalf of herself and all others similarly situated,<br><br>  Plaintiffs,<br>  v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>  Defendant. | CASE NO. 2:20-cv-00914-RAJ-BAT<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

## I.   STIPULATION.

Plaintiff Muna Noor ("Plaintiff") and Defendant American Family Mutual Insurance Company ("Defendant"), by and through their attorneys of record, mutually stipulate that all parties shall dismiss all claims, counterclaims, and all associated claims with prejudice pursuant to Fed. R. Civ. P 41(a) without an award of fees or costs to any party.

STIPULATION AND ORDER
FOR DISMISSAL - 1
(20-cv-00914-RAJ-BAT)

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
**TEL** 206.621.6566
**FAX** 206.621.9686

DATED this 12th day of March, 2021.

**BADGLEY MULLINS TURNER PLLC**

*s/ Mark A. Trivett*
Mark A. Trivett, WSBA No. 46375
Duncan C. Turner, WSBA No. 20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Email: mtrivett@badgleymullins.com
Email: dturner@badgleymullins.com

**LAW OFFICE OF DANIEL R. WHITMORE**

Daniel R. Whitmore, WSBA No. 24012
6840 Fort Dent Way, Suite 210
Tukwila, WA 98188
Telephone: (206) 329-8400
Email: dan@whitmorelawfirm.com

**Attorneys for Plaintiff**

DATED this 12th day of March, 2021.

**SIDLEY AUSTIN LLP**

s/ Robin Wechkin
Robin Wechkin, WSBA No. 24746
8426 316th Pl SE
Issaquah, WA 98027-8767
Tel: 415-439-1799
Email: rwechkin@sidley.com

**SIDLEY AUSTIN LLP (IL)**

Christopher M. Assise
One South Dearborn Street
Chicago, IL 60603
Tel: (312) 853-7000
Email: cassise@sidley.com

**Attorneys for Defendant**

## II.  ORDER

Based on the foregoing Stipulation of the parties, it is hereby ORDERED:

All causes of action, claims, counterclaims, and defenses in this action by all parties are dismissed with prejudice and without an award of attorneys' fees or costs to any party.

DATED this 12th day of March, 2021.

_____
The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER
FOR DISMISSAL - 2
(20-cv-00914-RAJ-BAT)

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686